JEFFREY ROBINSON (4129)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah  84114-0856
Telephone: (801) 366-0100
Email:jeffreyrobinson@agutah.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COLLETTE C. RUSSELL,<br><br>                      Plaintiff,<br><br>vs.<br><br>NEBO SCHOOL DISTRICT, a political subdivision of the State of Utah, ANGIE KILLIAN, an individual, BRUCE MOON, an individual, and DOES I-X, individuals,<br><br>                      Defendants. | ORDER RE<br>MOTION FOR CONVENTIONAL FILING OF AUDIO/VIDEO EXHIBITS 106-110<br>IN SUPPORT OF DEFENANTS ANGIE KILLIAN AND<br>NEBO SCHOOL DISTRICT'S<br>MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 2:16-cv-00273-DS<br><br>Judge David Sam |

     Having considered Defendants Angie Killian and Nebo School District's Motion for Conventional Filing of Audio/Video Exhibits 106 through 110, the Motion is **GRANTED.**

     IT IS SO ORDERED.

     DATED this 11th day of  June, 2018.

                                                        BY THE COURT:

                                                        The Honorable David Sam
                                                        U.S. District Court Judge